IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DEMARCUS RONTREZ ROBINSON**  **PLAINTIFF**
**ADC #150429**

v.  No. 5:14-cv-211-DPM-HDY

**RAY HOBBS**  **DEFENDANT**
Director, Arkansas Department of
Correction

### ORDER

I recuse because Defendant's attorney, Kathryn Elizabeth Henry, has served as my law clerk. The Clerk shall reassign this case at random.

*/s/ W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 July 2014