**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**DEMARCUS RONTREZ ROBINSON**                                                  **PETITIONER**

**v.**                                            **CASE NO: 5:14CV00211 BSM**

**RAY HOBBS, Director of the**
**ARKANSAS DEPARTMENT OF CORRECTION**                               **RESPONDENT**

**ORDER**

The proposed findings and recommended disposition submitted by United States Magistrate Judge H. David Young and petitioner Demarcus Rontrez Robinson's objections thereto have been reviewed. After careful consideration of the objections and a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

The petition for writ of habeas corpus [Doc. No.2] pursuant to 28 U.S.C. § 2254 filed by Demarcus Rontrez Robinson is denied. In § 2254 cases, a certificate of appealability may issue only if the petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). As there is no such showing by Robinson, a certificate of appealability is denied.

IT IS SO ORDERED this 31st day of October 2014.

_____
UNITED STATES DISTRICT JUDGE