**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**DEMARCUS RONTREZ ROBINSON**                                          **PETITIONER**

**v.**                                        **CASE NO. 5:14CV00211 BSM**

**RAY HOBBS, Director of the
ARKANSAS DEPARTMENT OF CORRECTION**                   **RESPONDENT**

<u>**JUDGMENT**</u>

Consistent with the order entered this day, this case is hereby dismissed.

IT IS SO ORDERED this 31st day of October 2014.

_____
UNITED STATES DISTRICT JUDGE